In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00084-CV

                                                ______________________________

 

 

                CITY OF CARTHAGE, CARSON JOINES, JOHN
COOKE,

IDA BECK, AND OLIN
JOFFRION, Appellants

 

                                                                V.

 

                                           VICKIE BAILEY, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 123rd
Judicial District Court

                                                             Panola County, Texas

                                                          Trial Court
No. 2010-023

 

                                                                                                   

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Appellants,
City of Carthage, Carson Joines, John Cooke, Ida Beck, and Olin Joffrion, have
filed with this Court a motion to dismiss the pending appeal in this
matter.  Appellants represent to this
Court that the parties have reached a full and final settlement.  In such a case, no real controversy exists,
and in the absence of a controversy, the appeal is moot.

            We
grant the motion and dismiss this appeal.

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date
Submitted:          October 31, 2011

Date
Decided:             November 1, 2011